UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CIVIL DIVISION

LYLLE ARAYA-SOLORZANO
A Citizen of the United States of America
  PLAINTIFF

v.                                                                Case No. 12-22663 cv UU

The Government of the Republic of Nicaragua
And its autonomous agency the
"INSS" Instituto Nicaragüense de Seguridad Social

And

HILLARY R. CLINTON
Secretary of State of the United States of America

  DEFENDANTS
_____/

### SUMMONS IN A CIVIL CASE

To: The INSS Instituto Nicaraguense de Seguridad Social, an autonomous agency of the Government of the Republic of Nicaragua. To be served on the Mr. Samuel Santos, Ministro de Relaciones Exteriores de la Republica de Nicaragua at: "**Del Antiguo Cine González 1 c. al Sur sobre Avenida Bolívar. Managua, Nicaragua.**" Service by the Clerk of the U.S. District Court for the Southern District of Florida pursuant to **28 U.S.C. 1608(a)(3)**.

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY **Mr. ALFONSO OVIEDO-REYES, ESQ. at 8370 West Flagler Street, Suite 110. Miami, Florida 33144** an answer to the complaint which is herewith served upon within SIXTY days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**November 14, 2012**



**SUMMONS**

Steven M. Larimore
Clerk of Court

s/Autumn Sandoval
Deputy Clerk
U.S. District Courts