

FILED by VAA D.C.
NOV 27 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-22663-CV-Ungaro

Lylle Araya-Solorzano

Plaintiff,

v.

The Government of the Republic of Nicaragua
The INSS Instituto Nicaraguense de Seguridad Social et al

Defendants.
_____/

### CLERK'S NOTICE OF INTERNATIONAL SERVICES

In accordance with Federal Rules of Civil Procedure Rule 4, and/or 28 U.S.C. § 1608(a)(3) or (b)(3)(B), the Clerk certifies that on this **27th**, day of **November**, 2012, documents have been mailed via International Service to:

Defendant: The INSS Instituto Nicaraguense de Seguridad Social
Country: Nicaragua, Managua
Article number: IZF496532210001998

DONE at the Federal Courthouse Square, Miami, Florida, this 27 day of **November**, 2012.

STEVEN M. LARIMORE
Court Administrator • Clerk of Court

By: _____
Deputy Clerk

c:  U.S. District Judge
    All counsel of record

# UPS Worldwide Express℠ Shipping Document

See instructions on back. Visit UPS.com® or call 1-800-PICK-UPS® (800-742-5877) for additional information and UPS Tariff/Terms and Conditions.

**TRACKING NUMBER** 1Z F49 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 1998

**1 SHIPMENT FROM**

SHIPPER'S UPS ACCOUNT NO. **F49653**

REFERENCE NUMBER

NAME: Clerk of the Court | TELEPHONE: 305-221-6433

COMPANY: ~~ALFONSO OVIEDO-REYES~~ 8th Floor

STREET ADDRESS: ~~8370 W FLAGLER ST 110~~ 400 N Miami Ave

CITY AND STATE: MIAMI | FL | ZIP CODE: ~~33144-2038~~

**2 EXTREMELY URGENT DELIVERY TO**

NAME: Mr. Samuel Santos | TELEPHONE

COMPANY: Ministro de Relaciones Exteriores

STREET ADDRESS: Ave Bolivar del Gonzales 1 al Sur | DEPT./FLR. | Residential Delivery ☐

CITY AND STATE (INCLUDE COUNTRY IF INTERNATIONAL): Managua, Nicaragua | ZIP CODE

| WEIGHT | Enter "LTR" if Letter | WEIGHT If Applicable | PACKAGE | RELEASE |
|---|---|---|---|---|
| | | | ☐ | ☐ |

| | | | CHARGES |
|---|---|---|---|
| 5 TYPE OF SERVICE | ☐ NEXT DAY AIR | ☐ EXPRESS (INT'L) | $ |
| | FOR WORLDWIDE EXPRESS SHIPMENTS Mark an "X" in this box if shipment only contains documents of no commercial value. | ☐ DOCUMENTS ONLY | |
| 6 OPTIONAL SERVICES | ☐ SATURDAY PICKUP See instructions. | ☐ SATURDAY DELIVERY See instructions. | $ |
| | ☐ DECLARED VALUE FOR CARRIAGE Contents are automatically protected up to $100. For declared value over $100, see instructions. | $ ____ AMOUNT | $ |
| | ☐ C.O.D. If C.O.D., enter amount to be collected and attach completed UPS C.O.D. tag to package. | $ ____ AMOUNT | $ |
| 7 ADDITIONAL HANDLING CHARGE | ☐ An Additional Handling Charge applies for certain items. See instructions. | | $ |
| TOTAL CHARGES | | | $ |
| 8 METHOD OF PAYMENT | ☐ BILL SHIPPER'S ACCOUNT NUMBER IN SECTION 1 | ☐ BILL RECEIVER ☐ BILL THIRD PARTY (DOMESTIC ONLY) ☐ CREDIT CARD (American Express, Diner's Club, MasterCard, Visa) RECORD ACCOUNT NO. IN SECTION 9 | ☐ CHECK |

9 RECEIVER'S/THIRD PARTY'S UPS ACCT. NO. OR MAJOR CREDIT CARD NO. | EXPIRATION DATE /

THIRD PARTY'S COMPANY NAME

STREET ADDRESS

CITY AND STATE | ZIP CODE

The shipper authorizes UPS to act as forwarding agent for export control and customs purposes. The shipper certifies that these commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.

10 SHIPPER'S SIGNATURE X

All shipments are subject to the terms contained in the UPS Tariff/Terms and Conditions of Service, which are available at ups.com and local UPS offices.

DATE OF SHIPMENT / /

0101911202609 1/07 S

UPS COPY

This form not needed with UPS Internet Shipping at UPS.com